BLODWEN SOLA, Respondent, v. LOUIS D. SOLA, Appellant.— Order denying motion to modify orders dated December 14, 1926, reversed upon the law, without costs, and motions to modify said orders granted, without costs. The court had no power to stay proceedings on appeal until defendant complied with the orders directing the filing of an undertaking and the payment of counsel fee. Upon a failure of defendant to comply with the orders, the court at Special Term would have the power to punish him for contempt; and unless good reason could be shown, this court, upon application of the plaintiff, might stay appeal proceedings of the defendant in contempt. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ABRAHAM J. STAUB, Respondent, v. BLANK FEUER Co., INC., a Domestic Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

EDMUND P. SULLIVAN, Respondent, v. ALBERT FREEMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Lazansky, JJ., concur; Hagarty, J., dissents upon the ground that the representations upon which plaintiff says he relied were not material.

ANNA M. TEVLIN, Grantee, Suing in the Name of ALICE M. NEIER, Grantor, Appellant, v. LOUIS KESSMAN, Respondent.— Order denying motion for new trial reversed upon the law, with ten dollars costs and disbursements, and motion for new trial granted, costs to abide the event. We think that the newly-discovered evidence alleged in the moving affidavit is very material, and, if the facts set forth are proved, they will establish the invalidity of the tax lease under which defendant claims, and defendant is not, therefore, entitled to possession thereunder. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.